IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEATH DANIEL WOODWARD,

    Petitioner,                                    No. 2:12-cv-2168 JAM DAD P

    vs.

RALPH DIAZ, Acting Warden

    Respondent.                                 <u>ORDER</u>

_____/

      This court's order filed December 10, 2012 (Dkt. No. 14) is hereby amended to reflect that petitioner's traverse shall be filed and served on or before January 4, 2013.

      IT IS SO ORDERED.

DATED: December 10, 2012.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kly:12
wood2168.111(2)